IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

THEO BURDETTE,

      Plaintiff,

v.

CAROLYN W. COLVIN, et al.,

      Defendants.

Case No. 6:15-cv-0840-TC

ORDER

Aiken, Chief Judge:

    Magistrate Judge Coffin issued his Findings and Recommendation in the above-captioned action on October 7, 2015. Magistrate Judge Coffin recommends that plaintiff's complaint be dismissed for lack of jurisdiction. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

    When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v.

-1-  ORDER

Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981). Plaintiff filed objections, and I have given de novo review of the Findings and Recommendation. However, I find no error.

THEREFORE, IT IS HEREBY ORDERED that Magistrate Judge Coffin's Findings and Recommendation (doc. 21) filed October 7, 2015 is ADOPTED. Defendants' Motion to Dismiss (doc. 12) is GRANTED, and this case is DISMISSED.

IT IS SO ORDERED.

Dated this 19th day of December, 2015.

_____
Ann Aiken
United States District Judge